SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SLOTT <br><br> Plaintiff(s) <br><br> v. <br><br> PALISADES COLLECTION LLC, et al. <br><br> Defendant(s). | CASE NUMBER <br> CV 06-4908-ABC (AJWx) <br><br><br> STIPULATION REGARDING SELECTION OF ATTORNEY SETTLEMENT OFFICER |

FILED 2007 JAN -9

**CHECK ONLY ONE BOX:**
**Pursuant to the ADR Pilot Program:**

☐ The parties stipulate that _____ may serve as the Attorney Settlement Officer for an early settlement conference in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the early settlement conference.

☒ The parties stipulate that **JOHN DAVID WEISS** may serve as the Attorney Settlement Officer for a Local Civil Rule 16-14 Settlement Conference in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the Local Civil Rule 16-14 Settlement Conference.

☐ The parties request the Program Coordinator to randomly assign an Attorney Settlement Officer in the above-captioned case from the following area of law: _____

**Pursuant to Local Rule 16-14.4, Settlement Procedure No. 2:**

☐ The parties stipulate that _____ may serve as the Attorney Settlement Officer for the settlement proceedings in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the settlement proceedings.

☐ The parties request the Program Coordinator to randomly assign an Attorney Settlement Officer for the settlement proceedings in the above-captioned case from the following area of law: _____

Dated: 12-27-06

JEFFREY A. SLOTT, Attorney For Plaintiff

Dated: _____

Attorney For Plaintiff

Dated: 12-27-06

ANDREW STEINHEIMER, Attorney For Defendant

Dated: _____

Attorney For Defendant

Attorney for Plaintiff to file original and one copy with the court and serve:
Attorney Settlement Officer Panel Coordinator, U.S Courthouse, 312 N. Spring Street, Rm. 909C, Los Angeles, CA 90012

DOCKETED ON CM
JAN 10 2007
BY

ADR-02 (7/06)     STIPULATION REGARDING SELECTION OF ATTORNEY SETTLEMENT OFFICER